IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELLIOTT MACHINE CORP INTERNATIONAL

Plaintiff(s)

vs.    Civil Action No. CCB00-3034

JESCO CONSTRUCTION CORPORATION

Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __THOMAS A. BOWDEN__ Esquire a member of the Bar of this court, moves the admission of __EDWARD J MARKLE__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __JESCO CONSTRUCTION CORPORATION__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __LOUISIANA, COLORADO, AND TEXAS__

and/or the following United States Court(s): __U.S. SUPREME COURT, U.S. COURT OF APPEALS FOR THE FIFTH AND ELEVENTH CIRCUITS, USDC - EASTERN, MIDDLE, WESTERN DISTRICTS OF LA, CO, AND TX; ALL STATE AND FEDERAL COURTS IN TX AND CO__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __NEVER BEEN DISBARRED SUSPENDED OR DENIED ADMISSION TO PRACTICE__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or (THE UNDERSIGNED) _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:                                                         PROPOSED ADMITTEE:

_Thomas A. Bowden_                                              _Ed L Markle_
Signature - THOMAS A. BOWDEN                                    Signature - EDUARD D MARKLE

BLUM, YUMKAS, MAILMAN, GUTMAN                                   ONE CANAL PLACE, 365 CANAL ST, STE 2300
& DENICK, P.A.
Address                                                         Address

2 HOPKINS PLAZA, SUITE 1200                                     NEW ORLEANS, LA 70130
BALTIMORE, MD 21201

410-385-4020                                                    504-581-6633
Office phone number                                             Office phone number

410-385-4070                                                    504-581-6613
Fax number                                                      Fax number

04426
Md. U. S. District Court Number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_12/7/00_                                                       _[signature]_
Dated                                                           Judge, U. S. District Court