

*Blum, Yumkas, Mailman, Gutman & Denick, P.A.*
*1200 Mercantile Bank & Trust Building*
*2 Hopkins Plaza*
*Baltimore, Maryland 21201-2913*
*Telephone 410.385.4000/Facsimile 410.385.4070*
*www.blumyumkas.com*

THOMAS A. BOWDEN

Direct Dial: (410) 385-4020
E-mail: tbowden@blumyumkas.com

September 21, 2001

## HAND DELIVERED

The Honorable Catherine C. Blake
United States District Judge
U. S. District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

REC⬚                    ⬚E OF

UNITED STATES DISTRICT JUDGE

> Re:   Ellicott Machine Corporation International
>       v. Jesco Construction Corporation
>       Civil Action No.: CCB-00-3034

Dear Judge Blake:

The purpose of this letter is to provide the Defendants' status report pursuant to the Scheduling Order in the referenced case.

A.     Discovery has not been completed. Pending before this Court is Defendants' Motion for Extension of Discovery Deadline, with supporting Memorandum of Law. The purpose of this requested extension is to provide time for the Defendants to depose the Canadian corporation that destroyed the machine part whose failure caused this controversy. However, no additional discovery is anticipated besides that set forth in the referenced motion.

B.     The Defendants' Motion for Extension of Discovery Deadline and the Plaintiff's Motion for Summary Judgment are the only pending motions.



The Honorable Catherine C. Blake
September 21, 2001
Page 2

C.      The Defendants intend to file a dispositive pretrial motion.

D.      The case is to be tried non-jury. The Defendants estimate that the presentation of their case will require approximately one trial day.

E.      The parties met to conduct serious settlement negotiations on March 27, 2001, under the auspices of this Court's settlement procedures. Despite Magistrate Judge Bredar's efforts, the parties were not able to reach a settlement of their differences. This conference was attended by undesigned counsel for the Defendants along with James Moss, Controller. Martin Barnes attended the conference representing the Plaintiff, along with Matthew Azrael, the Plaintiff's lawyer. Counsel for the parties have discussed settlement on the telephone subsequently, but these discussions have not been fruitful to date.

F.      The Defendants do not believe that it would be helpful to refer this case to another judge for a settlement or other ADR conference prior to resolution of dispositive pretrial motions. However, after such resolution, a conference would be helpful.

G.      The Defendants do not consent to trial before a U.S. Magistrate Judge.

H.      Pursuant to Local Rule 105.2.c, both counsel have agreed that, in light of the recent filing of the Plaintiff's Motion for Summary Judgment:

✓      The Defendants shall have until October 15, 2001 to file a single memorandum opposing the Plaintiff's motion and in support of their cross motion;

✓      The Plaintiff shall have until October 29, 2001 to file its opposition/reply;

✓      The Defendants shall have until November 9, 2001 to file their reply.

The parties respectfully request the Court's approval for this scheduling. The Defendants reserve their right to request that the Court revisit this schedule should their Motion To Extend Discovery Deadline be granted.

The Honorable Catherine C. Blake
September 21, 2001
Page 3

_____

      Please do not hesitate to contact me if I can be of further assistance to the Court.

            Respectfully,

            Thomas A. Bowden

SCHEDULE APPROVED:

_____  9/25/01

United States District Judge

TAB:meo
cc:    Mr. James Moss
       Matthew H. Azrael, Esquire

G:\15312\15312001.ClerkL8.wpd