

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELLICOTT MACHINE CORPORATION :
INTERNATIONAL :
:
:
v. : CIVIL NO. CCB-00-CV-3034
:
JESCO CONSTRUCTION :
CORPORATION, et al. :
:

...oOo...

ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's motion for summary judgment is **Granted** against Jesco Construction Corporation of Mississippi;

2. Defendants' motion for summary judgment is **Denied**;

3. Defendants' motion to extend discovery deadline is **Denied**;

4. Jesco Construction Corporation of Mississippi is liable to Plaintiff for $120,426.69, plus interest and attorneys' fees in accordance with the lease agreements;

5. The parties shall submit supplemental memoranda or status reports regarding the remaining invoices and defendant in dispute by May 17, 2002; and

6. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

4/24/02
_____
Date

_____
Catherine C. Blake
United States District Judge

-11-