IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELLICOTT MACHINE CORPORATION
INTERNATIONAL

    Plaintiff/Counter Defendant

v.

JESCO CONSTRUCTION
CORPORATION, et al.

    Defendants/Counter Plaintiffs

Civil Action No. CCB-00-CV-3034

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT TO JUDGMENT AGAINST
## JESCO CONSTRUCTION CORP. OF MISSISSIPPI *ONLY*

Jesco Construction Corp. of Mississippi, a Mississippi corporation, Defendant and Counter Plaintiff, by Thomas A. Bowden and Kollman & Saucier, P.A., its attorneys, consents to the entry of judgment against Jesco Construction Corp. of Mississippi, a Mississippi corporation, and in favor of the Plaintiff in the amount of $35,253.47 plus contractual pre-judgment interest at the rate of 18% through September 12, 2002, in the amount of $15,352.87, plus attorney fees in the amount of $5,288.02.

This Consent is contingent upon the Court's continued acceptance of the parties' suggestion that the liability <u>vel non</u> of Jesco Construction Corporation, a Louisiana corporation, be decided on the basis of written memoranda and exhibits, without a trial.

This Consent is not intended to convey either Defendant's consent to the disposition contained in the Court's Order of April 24, 2002 in the captioned case or to

derogate that Order in any way; all parties reserve all rights with respect to that disposition.

This Consent does **not** extend to, or authorize entry of any judgment against, Jesco Construction Corporation, a Louisiana corporation.

>  *Thomas A. Bowden*
> Thomas A. Bowden
> Kollman & Saucier, P.A.
> 8th Floor, Sun Life Building
> 20 South Charles Street
> Baltimore, MD 21201
> (410) 727-4300
>
> Attorneys for Jesco Construction Corp.
>   of Mississippi, a Mississippi
>   corporation, and Jesco
>   Construction Corporation, a
>   Louisiana corporation

## CERTIFICATE OF SERVICE

I CERTIFY that on this 6th day of September, 2002, I caused a copy of this document to be sent via U.S. Mail, first class, postage prepaid, to the following:

Matthew Azrael, Esq.
Azrael, Gann and Franz
Fifth Floor
101 E. Chesapeake Avenue
Baltimore, Maryland 21286

>   Attorneys for Plaintiff

*Thomas A. Bowden*
Thomas A. Bowden