IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELLICOTT MACHINE CORPORATION INTERNATIONAL | * | |
| v. | * | |
| JESCO CONSTRUCTION CORP., ET AL. | * | Civil No. CCB-00-3034 |
| | * | |
| **Consolidated with:** | | |
| JESCO CONSTRUCTION CORPORATION | * | |
| v. | | |
| ELLICOTT MACHINE CORPORATION INTERNATIONAL | * | Civil No. CCB-01-661 |
| | * | |
| | *** | |

## ORDER OF JUDGMENT

Consistent with prior orders of this court issued April 24, 2002, and September 10, 2002, it is this 29th day of January 2003,

**ORDERED,**

1. Final judgment is entered in favor of plaintiff Ellicott Machine Corporation International, against defendant Jesco Construction Corp. of Mississippi on Ellicott's complaint in the total amount of **$155,680.16**, plus contractual prejudgment interest in the amount of **$73,997.97** through September 30, 2002, plus prejudgment interest in the amount of **$76.78** for each day following September 30, 2002, until the date of this judgment, plus attorney's fees in the amount of **$23,352.02**, plus costs and post-judgment interest as allowed by law;

2. Judgment is entered in favor of defendant Jesco Construction Corporation (a Louisiana corporation) on Ellicott's complaint;

3. Judgment is entered in favor of plaintiff Ellicott on Jesco's counterclaim; and



4. Any and all prior rulings made by the court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
Catherine C. Blake
United States District Judge